IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| NELDA DAVIS,<br>Plaintiff, | )<br>)<br>) |
| vs. | ) No. 05-01284 T/A<br>) |
| MORNINGSIDE OF JACKSON, LLC,<br>d/b/a MORNINGSIDE ASSISTED<br>LIVING OF JACKSON,<br>Defendant. | )<br>)<br>)<br>)<br>) |

**MOTION FOR EXTENSION OF TIME IN WHICH TO FILE A
RESPONSE TO A DEFENDANT'S MOTION TO DISMISS, OR IN THE
ALTERNATIVE FOR SUMMARY JUDGMENT; OR IN THE ALTERNATIVE,
TO STAY FURTHER PROCEEDINGS AND TO COMPEL ARBITRATION
AND MEMORANDUM IN SUPPORT**

COMES NOW THE PLAINTIFF, by and through counsel, and moves this Honorable Court for an extension of time in order to file a response to Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment; or in the alternative to Stay Further Proceedings and to Compel Arbitration and Memorandum in Support. In support of Plaintiff's Motion for Extension of Time, Plaintiff would show unto the Court as follows:

1. On Friday, December 9, 2005, counsel for the Plaintiff, R. Lowe Finney, announced to the partners at the law firm of Hardee, Martin, Dauster & Donahoe that he will be leaving the firm at the end of this year, 2005.

2. Attorney C. Mark Donahoe and Attorney David Hardee of the firm will be assuming representation of the Plaintiff.

3. Attorneys Donahoe and Hardee have discussed this matter with Defendant's attorney, Robert D. Meyers, and Defendant's attorney has no objections to the extension of time.

4. Attorneys Donahoe and Hardee respectfully request an extension of thirty (30) days in order for them to review the file and prepare a response to Defendant's Motion.

**MOTION GRANTED**
DATE: 19 December 2005

_James D. Todd_
James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 12/22/05

WHEREFORE, PLAINTIFF'S ATTORNEYS PRAY that an extension of time of thirty (30) days be granted in order for Plaintiff's attorneys to review the file and prepare a response to Defendant's motion.

Respectfully submitted,

HARDEE, MARTIN, DAUSTER & DONAHOE, P.A.

_____
DAVID HARDEE        BPR# 006239

_____
C. MARK DONAHOE     BPR# 014049

Attorneys for Plaintiff
P.O. Box 98
Jackson, TN 38302-0098
(731)424-2151

## CERTIFICATE OF SERVICE

I certify that I have served an exact and true copy of the foregoing pleading on:

Mr. Robert D. Meyers
Attorney for Defendant
3725 Campion Hills Drive, Ste. 3000
Memphis, TN 38125

by mailing same, postage prepaid, on this the ____15th____ day of ___December___, 2005.

_____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 1:05-CV-01284 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

David Hardee
HARDEE MARTIN DAUSTER & DONAHOE
P.O. Box 98
Jackson, TN 38302

Amber Isom-Thompson
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

C. Mark Donahoe
HARDEE MARTIN DAUSTER & DONAHOE
P.O. Box 98
Jackson, TN 38302

Lowe Finney
Hardee & Martin
213 East Lafayette Street
Jackson, TN 38301

Judy Barnhill
Criminal Justice Complex
515 S. Liberty St.
Jackson, TN 38301

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Honorable James Todd
US DISTRICT COURT